AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## JUDGMENT IN A CIVIL CASE

BYRON JONES, as Personal
Representative of the Estate of
Sharleen Sally Jones,

    Plaintiff,

VS.                                   CASE NUMBER: 8:04-cv-1169-T-23TGW

ERICA FERNANDEZ,

    Defendant.

☒    **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED:** Judgment is entered in favor of the defendant and against the plaintiff.

April 17, 2006                           SHERYL L. LOESCH, CLERK

                                            BY _/s/ Marlene Alspach_
                                                    Deputy Clerk